IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANTOINE TYREE & <br> ASIAHA SAHARA BUTLER <br> FKA ASIAHA HOFFMAN <br> <br> Select Portfolio Servicing, Inc./ <br> U.S. Bank National Association, as <br> trustee, on behalf of the holders of <br> the Home Equity Asset Trust 2005-8, Home <br> Equity Pass-Through Certificates, Series <br> 2005-8, <br>       Creditor, <br> <br>   vs. <br> <br> ANTOINE TYREE & ASIAHA SAHARA BUTLER <br> FKA ASIAHA HOFFMAN, <br>       Debtors | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 11B06342 <br> ) JUDGE A. Benjamin Goldgar <br> ) <br> ) <br> ) |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Select Portfolio Servicing, Inc./U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates, Series 2005-8, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the October 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of November 3, 2011:

    | | |
    |---|---:|
    | a. Attorney's Fees | $250.00 |
    | b. Payments | $3,315.60 |
    | (10/11 - 11/11: 2 @ $1,657.80 ea) | |
    | Total | $3,565.60 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Select Portfolio Servicing, Inc./U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates, Series 2005-8 rights to collect these amounts will be unaffected.

    Respectfully Submitted,

    Select Portfolio Servicing, Inc./U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates, Series 2005-8

    /s/Toni Dillon
    Toni Dillon ARDC#6289370

    Pierce and Associates, P.C.
    1 North Dearborn
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088